

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
 JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

January 21, 2015

Humberto Rodriguez Jr.
Hughes Unit - TDC # 1017893
Rt. 2, Box 4400
Gatesville, TX 76597

**Re:** RODRIGUEZ, HUMBERTO  Jr.
**CCA No.**  WR-81,853-01
**Trial Court Case No.**  CR-0403-00-A (1)

Your letter has been received.  Please be advised:

IMPORTANT:   PLEASE INFORM THIS COURT OF ALL ADDRESS CHANGES IN WRITING.

Our records show that on January 21, 2015 your motion for rehearing, tendered as "In Banc Motion for Amended Opinion" was denied.  The Court, however, rendered an opinion in which the prior opinion was withdrawn.  Enclosed is a copy.  Therefore, the Court will not be requiring any additional copies of your motion for rehearing filed December 10, 2014.

Sincerely,

Abel Acosta, Clerk